UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA; and the states of ALASKA; IOWA; MARYLAND; MINNESOTA; MONTANA; and WASHINGTON; ex rel. Karen Rawlins,<br><br>                    Plaintiffs,<br><br>     v.<br><br>IDEAL OPTION PLLC; DR. JEFFREY ALLGAIER; and DR. KENNETH EGLI,<br><br>                    Defendants. | C19-404 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The United States and the individual states named as plaintiffs (collectively "Governmental Entities") having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the corresponding state statutes, the Court rules as follows:

   (a)   The First Amended Complaint, docket no. 12, and the Notices of Election to Decline to Intervene ("Notices"), docket nos. 30, 31, & 34, are hereby unsealed. All future filings shall be filed in the public record;

   (b)   The Court specifically maintains under seal docket nos. 26–29;

MINUTE ORDER - 1

(c)     Realtor shall serve a copy of the First Amended Complaint, the Notices, and this Order on Defendants consistent with Rule 4 of the Federal Rules of Civil Procedure;

(d)     The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities;

(e)     The Governmental Entities may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

(f)     The parties shall serve all notices of appeal upon the Governmental Entities;

(g)     All orders of this Court shall be sent to the Governmental Entities; and

(h)     Should Relator or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and opportunity to be heard before ruling or granting its approval.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2